UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WARREN A. SPAULDING, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, Commissioner of Social ) <br> Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:20-CV-224-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**This Judgment Filed and Entered on June 9, 2021, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF electronic notification)
Wanda D. Mason (via CM/ECF electronic notification)

DATE:  PETER A. MOORE, JR., CLERK
June 9, 2021  (By) /s/ Nicole Sellers
  Deputy Clerk